UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

FILE NO. 2:17-MJ-1085

UNITED STATES OF AMERICA

    Vs.                                ORDER

RONNIE HINES,
    Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion to Set Aside Order for Arrest is granted and this matter shall be set on the next misdemeanor docket in Elizabeth City.

SO ORDERED.

_____
United States District Court Judge